UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TODD SAWYER,

        Plaintiff,

   v.

RITE AID CORPORATION,

        Defendant.

Case No. 15-cv-05109-WHA   (MEJ)

**NOTICE OF REFERRAL FOR DISCOVERY**

      This case has been referred to the undersigned magistrate judge for all discovery-related matters. The parties must comply with the undersigned's Discovery Standing Order, which is available on the Court's website at http://www.cand.uscourts.gov/mej. A copy is enclosed herewith for any pro se party.

      The parties are advised they must meet and confer <u>in person</u> before any dispute is considered. Thus, any pending discovery motions are hereby DENIED WITHOUT PREJUDICE to the filing of a joint letter. If the parties submitted a letter to the presiding judge instead of a motion, the letter shall not be considered unless the parties attest they met and conferred <u>in person</u> prior to filing the letter. Accordingly, if there is a pending letter, the parties shall file a joint statement within three days of this notice verifying that they met in person prior to filing the letter.

      Please contact the Courtroom Deputy Clerk, Rose Maher, at (415) 522-4708 with any questions.

      **IT IS SO ORDERED.**

Dated: April 5, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge