1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone:    (415) 983-0900
   Facsimile:    (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiff
   Todd Sawyer
8

   JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  JULLIE Z. LAL (Cal. State Bar No. 279067)
   PAUL HASTINGS LLP
10 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
11 Telephone:    (415) 856-7000
   Facsimile:    (415) 856-7100
12 jeffwohl@paulhastings.com
   jullielal@paulhastings.com
13
   Attorneys for Defendant
14 Rite Aid Corporation

15

16                        UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

18

19 | TODD SAWYER,              | No. 3:15-cv-05109-WHA

20 |       Plaintiff,           | **JOINT STIPULATION AND [PROPOSED]
                                  ORDER CONTINUING TRIAL AND PRE-
21 |    vs.                     | TRIAL CONFERENCE DATES**

22 | RITE AID CORPORATION,     | Judge:   Hon. William H. Alsup

23 |       Defendant.           |

24

25

26

27

28

## JOINT STIPULATION

Plaintiff Todd Sawyer and defendant Rite Aid Corporation ("Rite Aid"), acting through their counsel of record, hereby stipulate as follows:

1. The Court has set this action and seven similar actions pending before it for trial commencing on April 10, 2017.

2. At the time that the Court set the first action, *Simpson v. Rite Aid Corp.*, for trial on April 10, 2017, counsel for Rite Aid missed on his calendar that he has a trial expected to last 16 days already scheduled to commence in U.S. District Court in Orange County on March 28, 2017.  Counsel for Rite Aid apologizes for missing this conflict when the Court first set the trial date in the *Simpson* action.  (The trial in the other case does not take place on Mondays, and therefore it did not show up on counsel's portable electronic calendar when he looked at April 10, 2017, for the trial date in this action.)

3. After counsel for Rite Aid met and conferred with counsel for plaintiff about this scheduling conflict, counsel for plaintiff graciously agreed to stipulate to a request to this Court that the trial date in this action and the other seven actions be continued to May 15, 2017, or such later date as is available to the Court.

4. The parties also request that the pre-trial conference, currently scheduled for April 5, 2017, be continued to five days before the new trial date, and that all dates associated with the pre-trial conference be continued accordingly.

5. Based on the foregoing, the parties respectfully request that the trial in this action be continued to May 15, 2017, or such later date as is available to the Court; that the pre-trial conference be continued to five days before the new trial date; and that all dates associated with the pre-trial conference be continued accordingly.

Dated:  April 19, 2016.  MATTHEW RIGHETTI
JOHN GLUGOSKI
MICHAEL RIGHETTI
RIGHETTI GLUGOSKI, P.C.

By:  /s/ Michael Righetti
Michael Righetti
Attorneys for Plaintiff Todd Sawyer

Dated:  April 19, 2016.  JEFFREY D. WOHL
JULLIE Z. LAL
PAUL HASTINGS LLP

By:  /s/ Jeffrey D. Wohl
Jeffrey D. Wohl
Attorneys for Defendant Rite Aid Corporation

# **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the trial of this action be continued to May 15, 2017, commencing at 7:30 a.m., and that the pre-trial conference be continued to ~~May 10, 2017~~ May 3, 2017, at 2:00 p.m., with dates associated with the pre-trial conference continued accordingly.

Other than these dates, no other pre-trial dates set by the Court are continued.

Dated: April 20, 2016.

_____
William H. Alsup
United States District Judge